**Order entered March 17, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00651-CV

**ANDREW WHITE, Appellant**

**V.**

**NHI-REIT OF AXEL, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

### ORDER

On the Court's own motion, this appeal is **REMOVED** from submission on April 14, 2020.   We will reset this appeal in due course.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE